## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| **MAGNOLIA BANK, INC.,** ) | |
| ) | |
| PLAINTIFF, ) | *Electronically Filed* |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:18-CV-102-TBR |
| **KEIBER MARTINEZ,** ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |
| ) | |

### AGREED ORDER OF DISMISSAL

Plaintiff, Magnolia Bank, Inc., and Defendant, Keiber Martinez, jointly and through counsel, have advised the Court they have resolved this matter and request entry of this Agreed Order of Dismissal. The Court, having considered same and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. that the above-styled case is fully and finally dismissed, with prejudice, with each party to bear its own costs and attorneys' fees; and

2. that the Temporary Restraining Order issued on February 20, 2018 (DN 7) and extended on February 27, 2018 (DN 11) is dissolved herewith; and

3. that the Clerk of Court is directed to release the $25,000.00 security to counsel for Plaintiff, Magnolia Bank, Inc.

4. the telephonic conference set on March 21, 2018 is CANCELLED.

**HAVE SEEN AND AGREED**

/s/Jeffrey A. Calabrese
Culver V. Halliday
Jeffrey A. Calabrese
Amy L. Miles
STOLL KEENON OGDEN pllc
500 West Jefferson Street, Suite 2000
Louisville, Kentucky  40202
Phone: (502) 333-6000
culver.halliday@skofirm.com
jeff.calabrese@skofirm.com
amy.miles@skofirm.com

*Attorneys for Plaintiff,*
*Magnolia Bank, Inc.*

/s/Michele Henry (by JAC w/permission)
Michele Henry
Craig Henry PLC
239 S. Fifth Street, Suite 1400
Louisville, Kentucky 40202
Phone: (502) 614-5962
mhenry@craighenrylaw.com

*Attorney for Defendant,*
*Keiber Martinez*

cc: Counsel
    Finance - US District Court

115235.146877/1559014.1